UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| GEORGE I. JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>JEAN WOODFORD, et al.,<br><br>    Defendants. | CV 04-05995-GHK (CT)<br><br>JUDGMENT |

    Pursuant to the Order Adopting the Magistrate Judge's Report and Recommendation,

    IT IS ADJUDGED that the Second Amended Complaint is DISMISSED without prejudice.

DATED: 10/10/10

GEORGE H. KING
UNITED STATES DISTRICT JUDGE